Jason Hightower
United States Park Ranger
Department of Interior
National Park Service
Death Valley National Park
PO Box 579
Death Valley, CA 92328
760-614-0458

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:20-po-00208-JLT |
| Plaintiff, | MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| v. | |
| NABOR PALOMERA-BRAVO, | |
| Defendant. | |

The United States of America, by and through Jason R. Hightower, United States Park Ranger, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice.

DATED:  December 15, 2020                                             Respectfully submitted,


                                                                                  By         /s/   Jason R. Hightower
                                                                                           Jason R Hightower
                                                                            Supervisory United States Park Ranger
                                                                                     Death Valley National Park

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **December 15, 2020**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE